IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RICARDO CAVAZOS, | § | |
| Petitioner, | § § § | |
| v. | § | 2:15-CV-0286 |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner filed with this Court a petition for a federal writ of habeas corpus challenging four (4) March 8, 2006 convictions and sentences. On December 18, 2015, respondent file a motion to dismiss petitioner's habeas application as time-barred. On September 1, 2016, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that respondent's motion be granted, and the instant habeas application be dismissed as time-barred. On September 16, 2016, petitioner filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation. The objections filed by petitioner are hereby OVERRULED, and the Magistrate Judge's Report and Recommendation is ADOPTED. Accordingly, respondent's motion to dismiss is GRANTED, and the petition for a writ of habeas corpus is DISMISSED.

IT IS SO ORDERED.

ENTERED this 20th day of September 2016.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE